# United States District Court

## SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.
MAG. SEC.

JUL 1 5 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JERRY ST. CLAIR O'NEIL<br><br>Defendant. | **SUMMONS IN A CRIMINAL CASE**<br><br>**04 - 60165 CR - MARRA**<br>CASE NUMBER<br><br>MAGISTRATE JUDGE<br>SELTZER |

(Name and Address of Defendant)

Jerry St. Clair O'Neil

5336 17th Avenue S.W., Naples, FL 34116

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>UNITED STATES MAGISTRATE COURT<br>299 E. BROWARD BOULEVARD<br>FORT LAUDERDALE, FL 33301 | Room |
|---|---|
| Before: **UNITED STATES MAGISTRATE JUDGE** | Date and Time<br>AUGUST 16, 2004<br>11:00 a.m. |

To answer a(n)

☒ Indictment     ☐ Information     ☐ Complaint     ☐ Violation Notice     ☐ Probation Violation Petition

Charging you with a violation of Title  18 _____     Section(s) _____ 611 _____

Charging you with a violation of Title _____     Section(s) _____

Brief description of offense:

Election Fraud

_Chule Gutierrez_ _____     7/15/04 _____
Signature of Issuing Officer                              Date

Clarence Maddox, Clerk of Court _____
Name and Title of Issuing Officer

This form was electronically produced by Elite Federal Forms, Inc.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT: _____ **JERRY ST. CLAIR O'NEIL**_____

_____$10,000 PERSONAL SURETY BOND_____
(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
(CSB) (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____

**KAREN E. ROCHLIN**
**ASSISTANT U.S. ATTORNEY**

Last Known Address: _____

_____

What Facility: _____

_____

Agent(s):        FBI S/A PETER FEDYSZEN____
(FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (OTHER)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

18 U.S.C. § 611

**UNITED STATES OF AMERICA**

**vs.**

**JERRY ST. CLAIR O'NEIL**

_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about November 7, 2000, in Broward County, in the Southern District of Florida, the

defendant,

**JERRY ST. CLAIR O'NEIL,**

an alien, fully knowing he was not a United States citizen, did knowingly vote in an election held

in part for the purpose of electing a candidate for federal office.

In violation of Title 18, United States Code, Section 611.

A TRUE BILL

_____

FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

vs.

JERRY ST. CLAIR O'NEIL                **04 - 60165**          **CERTIFICATE OF TRIAL ATTORNEY***

**CR-MARRA**

Defendant.
_____/     Superseding Case Information:     MAGISTRATE
                                                                         SELTZER

**Court Division:** (Select One)

___ Miami   ___ Key West
_X_ FTL     ___ WPB     ___ FTP

New Defendant(s)          Yes ____   No ____
Number of New Defendants  ____
Total number of counts    ____

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:    (Yes or No)        _No_
     List language and/or dialect    _____

4.   This case will take    _3_    days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                              (Check only one)

I     0 to 5 days         _X_            Petty    ____
II    6 to 10 days        ____           Minor    ____
III   11 to 20 days       ____           Misdem.  _X_
IV    21 to 60 days       ____           Felony   ____
V     61 days and over    ____

6.   Has this case been previously filed in this District Court? (Yes or No)    _No_
If yes:
Judge: _____     Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?    (Yes or No)    _No_
If yes:
Magistrate Case No.                  _____
Related Miscellaneous numbers:       _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of  _____
Rule 20 from the _____     District of _____

Is this a potential death penalty case? (Yes or No)    _No_

7.   Does this case originate from a matter pending in the U.S. Attorney's Office prior to
     April 1, 2003?  ____ Yes  _X_ No

8.   Does this case originate from a matter pending in the U. S. Attorney's Office prior to
     April 1, 1999?  ____ Yes  _X_ No
     If yes, was it pending in the Central Region?    ____ Yes    ____ No

9.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior
     to October 14, 2003?  ____ Yes  _X_ No

10.  Does this case originate from a matter pending in the Narcotics Section (Miami) prior to
     May 18, 2003?  ____ Yes  _X_ No

                                        _____
                                        KAREN E. ROCHLIN
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Court ID No. A5500050

*Penalty Sheet(s) attached                                    REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:      **JERRY ST. CLAIR O'NEIL**

Case No:

Count #: 1

Election Fraud

Title 18, United States Code, Section 611

\* Max.Penalty:      1 year's imprisonment

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT

___SOUTHERN_____ District of _____FLORIDA_____

---

## THE UNITED STATES OF AMERICA

*vs.*

_____JERRY ST. CLAIR O'NEIL_____

---

Defendant

# INDICTMENT

## 18 U.S.C. § 611

---

*A true bill.*

FGJ 04-01(MIA)                                                      Foreman

*Filed in open court this* _____ 15 _____ *day,*

*of* ___July___ A.D. 2004

                                                                          Clerk

*Bail, $* _____

Case 0:04-cr-60165-KAM Document 2 Entered on FLSD Docket 07/19/2004 Page 6 of 6