

FILED by _____ D.C.
MAG. SEC. _____

AUG 1 6 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO:04-60165-CR-MARRA

UNITED STATES OF AMERICA

v

JERRY ST. CLAIR O'NEILL          ARRAIGNMENT INFORMATION SHEET

The above named defendant appeared before Magistrate Judge Edwin G. Torres on , where the defendant was arraigned and a plea of NOT GUILTY was entered.  Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:          Address:_____

_____

DEFENSE COUNSEL:          Name:____Sheldon Zipkin_____
Address:__2020 NE 163 ST 3rd fh._____
__N Miami Bch Fl 33162_____

Telephone:_____

BOND SET / CONTINUED:   $_____

Bond hearing held:   yes_____   no_____Bond/PTD hearing set for _____

Dated this 16th day of August, 2004.

CLARENCE MADDOX, ADMINISTRATOR/CLERK OF COURT

By:   ____C. Meera_____
Deputy Clerk

Tape No._____

cc: Copy for Judge
    U. S. Attorney